FILED

2009 Mar-13  AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLA MCLAIN, | } | |
| | } | |
|     Plaintiff, | } | |
| | } | |
| v. | } | Case No.:  2:09-cv-00124-RDP |
| | } | |
| FIRSTSOURCE ADVANTAGE, LLC, | } | |
| | } | |
|     Defendant. | } | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this \_\_\_\_\_12th\_\_\_\_\_ day of March, 2009.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE